Joseph R. Ganley (5643)
Patricia Lee (8287)
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
jganley@hutchlegal.com
plee@hutchlegal.com

*Attorneys for defendants*
*Dr. Kiarash Mirkia and Poupak Ziaei*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE PROPERTY CASUALTY INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> KIARASH MIRKIA, an individual, POUPAK ZIAEI, an individual, and DOES I through 10. <br><br> Defendants. | Case No.:      2:12-cv-01288-RCJ-PAL <br><br> ORDER <br> **DEFENDANTS MIRKIA'S AND ZIAEI'S DEMAND FOR COST BOND PURSUANT TO NRS 18.130** |

Defendants Kiarash Mirkia, a Nevada resident, and Poupak Ziaei, also a Nevada resident, hereby demand that Plaintiff Allstate Property Casualty Insurance Company, a non-resident Illinois corporation, deposit with the Court security for the costs and charges which may be awarded against it in this action pursuant to NRS 18.130.

DATED this 13th day of August, 2012.

ORDER
IT IS SO ORDERED this 16th day of October, 2012.

_____
ROBERT C. JONES
United States Chief Judge

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145