1   Joseph R. Ganley (5643)
    Patricia Lee (8287)
2   HUTCHISON & STEFFEN, LLC
    10080 West Alta Drive, Suite 200
3   Las Vegas, NV 89145
    Tel:     (702) 385-2500
4   Fax:    (702) 385-2086
    jganley@hutchlegal.com
5   plee@hutchlegal.com

6   *Attorneys for defendants*
    *Dr. Kiarash Mirkia and Poupak Ziaei*

7

                    **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF NEVADA**

9

10  ALLSTATE PROPERTY CASUALTY          )   Case No.:      2:12-cv-01288-RCJ-PAL
    INSURANCE COMPANY, an Illinois      )
11  corporation,                        )     ORDER
                                        )   **DEFENDANTS MIRKIA'S AND**
12          Plaintiff,                  )   **ZIAEI'S DEMAND FOR COST**
                                        )   **BOND PURSUANT TO NRS 18.130**
13  v.                                  )
                                        )
14  KIARASH MIRKIA, an individual, POUPAK )
    ZIAEI, an individual, and DOES I through 10. )
15                                      )
            Defendants.                 )
16                                      )
                                        )

17      Defendants Kiarash Mirkia, a Nevada resident, and Poupak Ziaei, also a Nevada

18  resident, hereby demand that Plaintiff Allstate Property Casualty Insurance Company, a non-

19  resident Illinois corporation, deposit with the Court security for the costs and charges which

20  may be awarded against it in this action pursuant to NRS 18.130.

21      DATED this 13th day of August, 2012.

22

23

24  ORDER
    IT IS SO ORDERED this 16th day of October, 2012.

25

26

27  _____
    ROBERT C. JONES
28  United States Chief Judge

---

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145