1   Joseph R. Ganley (5643)
    Patricia Lee (8287)
2   HUTCHISON & STEFFEN, LLC
    10080 West Alta Drive, Suite 200
3   Las Vegas, NV 89145
    Tel:    (702) 385-2500
4   Fax:   (702) 385-2086
    jganley@hutchlegal.com
5   plee@hutchlegal.com

6   *Attorneys for Kiarash Mirkia*
    *and Poupak Ziaei*

7

                        **UNITED STATES DISTRICT COURT**
8
                               **DISTRICT OF NEVADA**
9

10  ALLSTATE PROPERTY CASUALTY        )   Case No. 2:12-cv-01288-RCJ-PAL
    INSURANCE COMPANY, an Illinois    )
11  corporation,                      )
                                      )   **STIPULATION AND ORDER FOR**
12                                    )   **EXTENSION OF TIME TO SUBMIT**
             Plaintiff,               )   **EXPERT REBUTTAL REPORTS**
13                                    )   **AND DEPOSE EXPERTS**
    v.                                )
14                                    )   **(Third Request)**
    KIARASH MIRKIA, an individual. POUPAK )
15  ZIAEI, an individual,             )
                                      )
16           Defendants.              )
                                      )
17                                    )

18  KIARASH MIRKIA, an individual.  POUPAK )
    ZIAEI, an individual,             )
19                                    )
             Counterclaimants,        )
20                                    )
    v.                                )
21                                    )
    ALLSTATE PROPERTY CASUALTY        )
22  INSURANCE COMPANY, an Illinois    )
    corporation.                      )
23                                    )
                                      )
24           Counterdefendant.        )
                                      )
25                                    )
                                      )
26                                    )
                                      )
27                                    )

28

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

KIARASH MIRKIA, an individual. POUPAK           )
ZIAEI, an individual,                          )
                                               )
        Third-Party Plaintiffs,                )
                                               )
v.                                             )
                                               )
                                               )
WALID KHURAIBET, an individual.                )
LEGACY AGENCY, LLC, a Nevada                   )
corporation,                                   )
                                               )
        Third-Party Defendants.                )
                                               )
                                               )

Plaintiff/Counterdefendant Allstate Property and Casualty Insurance Company, Third-Party Defendants, Walid Khuraibet and Legacy Agency, LLC, and Defendants/Counterclaimants/Third-Party Plaintiffs Kiarash Mirkia and Poupak Ziaei, by and through their respective counsel, hereby stipulate and agree to extend the expert rebuttal deadline until September 19, 2013, and the deadline for conducting expert depositions until September 26, 2013. All other discovery will be completed before the current September 12, 2013 discovery cutoff. This is the third request for an enlargement of the discovery period. The parties respectfully submit this proposed extension for discovery pursuant to LR 6-2 and LR 26-4.

**1.    Completed Discovery**

The parties have almost completed discovery to this date. Initial disclosures have been completed. Plaintiff has propounded Requests for Admissions, Interrogatories, and two Requests for Production of Documents on Defendants. Defendants have propounded Interrogatories and Requests for Production of Documents on Third-Party Defendants, and have propounded Interrogatories and Requests for Production of Documents on Plaintiff Allstate. Experts have been disclosed for all parties, and initial expert disclosures and reports have been completed. The depositions of Dr. Mirkia and Dr. Ziaei have already been completed. The deposition of Allstate's PMK, Michelle Bolton, has already gone forward. Several other persons have already been deposed, including Joe Yakubik, Ronnell Curtis, and John Curtis. The parties

2

1   have issued several third-party subpoenas to Chubb Corporation, the Nevada Department of

2   Insurance, Culture-Care, and the Las Vegas Metro Police Department.

3   **2.     Outstanding Discovery**

4           The depositions of both experts are still outstanding, as are the expert rebuttal reports.

5   Several additional depositions, including Walid Khuraibet, Laurie Yakubik, the remaining PMK

6   for Allstate, and others are all scheduled to occur before the September 12, 2013 discovery

7   cutoff.

8   **3.     Why Discovery Will Not Be Completed**

9           Discovery will not be finished by the discovery cutoff date because experts for both

10  parties will need to review all of the other completed discovery before submitting their rebuttal

11  reports. Additionally, there was a disagreement between the parties regarding production of

12  documents that were previously marked as privileged, however, were relied upon by Plaintiff's

13  expert in his report. The parties have resolved the dispute, and the documents have been

14  produced. The parties have attempted in good faith to complete the discovery before September

15  12, 2013, however, several witnesses have been unavailable due to being out of the state or out

16  of the country, thus delaying the discovery process.  Subsequent to the completion of the expert

17  rebuttals, the parties will take depositions of the experts.

18  **4.     Proposed Schedule**

19          The only discovery to be conducted after the current September 12, 2013 discovery

20  cutoff is the expert rebuttal reports and the expert depositions. The parties stipulate and propose

21  that the deadline for submitting expert rebuttal reports be extended to September 19, 2013, and

22  the deadline for deposing the experts be extended to September 26, 2013.

23  /

24  /

25  /

26  /

27  /

28  /

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 09145

The parties are confident that all discovery will be completed by September 26, 2013.


DATED this 21st day of August, 2013.


HUTCHISON & STEFFEN, LLC

/s/ Patricia Lee
Joseph R. Ganley, Esq.
Nevada Bar No. 5643
Patricia Lee, Esq.
Nevada Bar No. 8287
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for defendants*
*Kiarash Mirkia and Poupak Ziaei*

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

/s/ Philip A. John
Gordon M. Park, Esq.
Nevada Bar No. 7124
Philip A. John, Esq.
Nevada Bar No. 10627
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

*Attorneys for plaintiff Allstate Property and*
*Casualty Insurance Company, and Third-*
*Party Defendants Walid Khuraibet and*
*Legacy Agency, LLC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2013

4