1

2

3

4            **UNITED STATES DISTRICT COURT**

5               **DISTRICT OF NEVADA**

6

7   ALLSTATE PROPERTY AND CASUALTY          )
    INSURANCE COMPANY,                       )
8                                            )
                            Plaintiff,       )     Case No. 2:12-cv-01288-RCJ-PAL
9                                            )
    vs.                                      )              **ORDER**
10                                           )
    KIARASH MIRKIA, et al.,                  )         (Mot Ext Disc - Dkt. #61)
11                                           )
                            Defendants.      )
12   _____)

13        Before the court is Plaintiff Allstate's Motion to Extend Discovery (Fourth Request) (Dkt. #61).

14   The court has considered the Motion, Defendants' Limited Opposition (Dkt. #62), and Allstate's

15   Response to Limited Opposition (Dkt. #63).

16        Plaintiff seeks an additional 60-day extension of the discovery plan and scheduling order

17   deadlines.  All parties have completed discovery except for the deposition of J. C. Arnett, and the

18   parties' rebuttal expert depositions "which require Mr. Arnett's testimony."  Subpoenas for documents

19   were served on non-parties Ticor Title, Bank of America, Farmers Insurance Company, and Joe

20   Yakubik.  However, these non-parties have not fully responded.  Plaintiff recently took the deposition

21   of Detective Weber who neglected to bring his case notes as required by the subpoena served on him.

22   As a result, Allstate issued a subpoena duces tecum to the Las Vegas Metropolitan Police Department

23   to obtain these records.  Mr. Arnett's deposition was not taken earlier because of the death of his

24   mother, but is currently scheduled for October 7, 2013.  For all of these reason, Allstate requests a 60-

25   day extension of the remaining discovery plan and scheduling order deadlines.

26        Defendants filed a limited opposition indicating they do not oppose an extension for the

27   purposes outlined in the motion.  However, Defendants to object to an open-ended extension to allow

28   Plaintiff to conduct discovery on other matters.

1    Allstate replies that it is only requesting an extension for the specific purposes mentioned in its

2    motion, as well as to allow for the deposition of Allstate's Rule 30(b)(6) designee.

3    Having reviewed and considered the matter,

4    **IT IS ORDERED** that Plaintiff's Motion to Extend Discovery (Dkt. #61) is **GRANTED** and

5    discovery is extended for the limited purposes outlined in the motion as follows:

6    1.    Last date to complete discovery: **November 12, 2013.**

7    2.    Last date to disclose rebuttal expert reports: **November 19, 2013**.

8    3.    Last date to depose experts: **November 26, 2013**.

9    4.    Last date to file dispositive motions: **December 10, 2013.**

10    5.    Last date to file the joint pretrial order: **January 11, 2014.**  In the event dispositive

11    motions are filed, the date for filing the joint pretrial order shall be suspended until 30

12    days after a decision of the dispositive motions.  The disclosures required by Fed. R.

13    Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

14    Dated this 17th day of October, 2013.

15

16    _____
     Peggy A. Leen

17    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28