1   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
2   Gordon M. Park
    Nevada Bar No. 7124
3     *gordon.park@mccormickbarstow.com*
    Philip A. John
4   Nevada Bar No. 10627
      *philip.john@mccormickbarstow.com*
5   8337 West Sunset Road, Suite 350
    Las Vegas, Nevada 89113
6   Telephone:      (702) 949-1100
    Facsimile:      (702) 949-1101
7
    Attorneys for Plaintiff/Counterdefendant Allstate
8   Property and Casualty Insurance Company
    Third-Party Defendants, Walid Khuraibet and
9   Legacy Agency, LLC, a Nevada corporation

10
                    UNITED STATES DISTRICT COURT
11
                DISTRICT OF NEVADA, SOUTHERN DIVISION
12

| | |
|---|---|
| 13   Allstate Property Casualty Insurance<br>Company, an Illinois corporation, | Case No.  2:12-CV-01288-RCJ-PAL |
| 14                     Plaintiff, | **STIPULATION AND ORDER TO<br>EXTEND DISCOVERY (SIXTH<br>REQUEST)** |
| 15          v. | |
| 16   Kiarash Mirkia, an individual, Poupak Ziaei,<br>an individual, | |
| 17                     Defendants. | |
| 18   Kiarash Mirkia, an individual, Poupak Ziaei,<br>an individual, | |
| 19                     Counterclaimants, | |
| 20   v. | |
| 21   Allstate Property Casualty Insurance<br>Company, an Illinois corporation, | |
| 22                     Counterdefendant. | |
| 23   Kiarash Mirkia, an individual, Poupak Ziael,<br>an individual, | |
| 24                     Third-Party Plaintiffs, | |
| 25   v. | |
| 26   Walid Khuraibet, an individual Legacy<br>Agency, LLC, a Nevada corporation, | |
| 27                     Third-Party Defendants. | |

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89113

03246-01555 2757450.1                                          2:12-CV-01288-RCJ-PAL
            STIPULATION AND ORDER TO EXTEND DISCOVERY (SIXTH REQUEST)

## STIPULATION AND ORDER TO EXTEND DISCOVERY
### (SIXTH REQUEST)

Plaintiff/Counterdefendant Allstate Property and Casualty Insurance Company, Third-Party Defendants, Walid Khuraibet and Legacy Agency, LLC, by and through their counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth and Defendants/Counterclaimants/Third-Party Plaintiffs Kiarash Mirkia and Poupak Ziaei, by and through their counsel of record, of the law firm of Hutchison & Steffen hereby stipulate to enlarge discovery deadlines in the above-entitled action. This is the sixth request for an enlargement of the discovery period.

### I.
### DISCOVERY COMPLETED BY THE PARTIES

The parties have almost completed discovery to this date.  Initial disclosures have been completed.  Plaintiff has propounded Requests for Admissions, Interrogatories and two Requests for Production of Documents on Defendants.  Defendants have propounded Interrogatories and Requests for Production of Documents on Third-Party Defendants, and have propounded Interrogatories and Requests for Production of Documents on Plaintiff Allstate.  Experts have been disclosed for all parties and initial expert disclosures and reports have been completed.  The depositions of Dr. Mirkia and Dr. Ziaei have already been completed.  The deposition of Allstate's PMK, Michelle Bolton, has already gone forward.  Several other persons have already been deposed, including Joe Yakubik, Ronnell Curtis, John Curtis, Laurie Yakubik, and an additional PMK for Allstate, J.C. Arnett.  The parties have issued several third-party subpoenas to Chubb Corporation, the Nevada Department of Insurance, Culture-Care, the Las Vegas Metro Police Department, Ticor Title, Bank of America and Farmers Insurance Company.

### II.
### DISCOVERY WHICH REMAINS TO BE COMPLETED

Depositions of both experts and rebuttal experts are still outstanding, as are the expert rebuttal reports.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

03246-01555 2757450.1                                   2                          2:12-CV-01288-RCJ-PAL
STIPULATION AND ORDER TO EXTEND DISCOVERY (SIXTH REQUEST)

## III.
## REASONS WHY SUCH REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME LIMIT OF THE EXISTING DEADLINE

On October 17, 2013, this Court issued order at docket number 64. This Order set for the the following deadlines:

1.     Last date to complete discovery:  November 12, 2013

2.     Last date to disclose rebuttal expert reports:  November 9, 2013

3.     Last date to depose experts:  November 26, 2013

4.     Last date to file dispositive motions:  December 10, 2013

5.     Last date to file the joint pretrial order:  January 11, 2014.

Subsequently, on November 1, 2013 the court signed the Stipulation and Order for Extension of Time to Submit Expert Rebuttal Reports and Depose Experts (Docket number 66). This order extended the deadline for submitting expert rebuttal reports to January 3, 2014 and the deadline for deposing the experts to January 10, 2014. This Order, however, did not extend the deadlines for the filing of dispositive motions or the joint pretrial order. As such, the parties request that the deadline for filing dispositive motions and the joint pretrial order be changed to reflect the updated discovery timeline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IV.**

**PROPOSED SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY**

A.   DISCLOSE REBUTTAL EXPERT REPORTS:  JANUARY 3, 2014

B.   DEPOSE EXPERTS:  JANUARY 10, 2014

C.   DISPOSITIVE MOTIONS:  JANUARY 27, 2014

D.   PRETRIAL ORDER:  FEBRUARY 28, 2014

This report is signed in accordance with Rule 11 of the Federal Rules of Civil Procedure.

DATED this 10th day of December, 2013

> McCORMICK, BARSTOW, SHEPPARD,
> WAYTE & CARRUTH LLP
>
> By        //s// Philip A. John
> Gordon M. Park, NV Bar No. 7124
> Philip A. John, NV Bar No. 10627
> 8337 West Sunset Road, Suite 350
> Las Vegas, Nevada 89113
> Tel. (702) 949-1100
> Attorneys for Plaintiff/Counterdefendant Allstate
> Property and Casualty Insurance Company and
> Third-Party Defendants, Walid Khuraibet and
> Legacy Agency, LLC,

DATED this 10th day of December, 2013

> HUTCHISON & STEFFEN
>
> By        //s// Patricia Lee
> Patricia Lee, NV Bar No. 8287
> 10080 W. Alta Drive, Suite 200
> Las Vegas, Nevada 89145
> Tel. (702) 385-2500
> Attorneys for Defendants/Counter-Claimants/
> Third-Party Plaintiffs Kiarash Mirkia and Poupak
> Ziaei

**IT IS SO ORDERED.**

Dated:  December 11, 2013

UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

03246-01555 2757450.1                    4                    2:12-CV-01288-RCJ-PAL