# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) KIARASH MIRKIA, et al., ) ) Defendants. ) | Case No. 2:12-cv-01288-RCJ-PAL **ORDER** |

The court originally entered a discovery plan and scheduling order for this case on January 11, 2013. The order established a May 13, 2013 discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e). The parties have requested and received five extensions of the deadlines. Discovery has closed and dispositive motions are pending. Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is set for **March 24, 2014 at 9:00 a.m.**, with calendar call on **March 18, 2014 at 9:00 a.m.**, before Judge Robert C. Jones.

Dated this 12th day of February, 2014.

Peggy A. Leen
United States Magistrate Judge