1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Gordon M. Park
   Nevada Bar No. 7124
3    *gordon.park@mccormickbarstow.com*
   Michael R. Merritt
4  Nevada Bar No. 5720
     *michael.merritt@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:   (702) 949-1100
   Facsimile:    (702) 949-1101
7
   Attorneys for Plaintiff/Counterdefendant Allstate
8  Property and Casualty Insurance Company,
   Third-Party Defendants, Walid Khuraibet and
9  Legacy Agency, LLC, a Nevada corporation

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Allstate Property Casualty Insurance Company, an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Kiarash Mirkia, an individual, Poupak Ziaei, an individual,<br><br>        Defendants. | Case No.  2:12-CV-01288-RCJ-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THIS LEGAL ACTION IN ITS ENTIRETY** |
| Kiarash Mirkia, an individual, Poupak Ziaei, an individual,<br><br>        Counterclaimants,<br>    v.<br><br>Allstate Property Casualty Insurance Company, an Illinois corporation,<br><br>        Counterdefendant. | |
| Kiarash Mirkia, an individual, Poupak Ziaei, an individual,<br><br>        Third-Party Plaintiffs,<br>    v.<br><br>Walid Khuraibet, an individual, Legacy Agency, LLC, a Nevada corporation,<br><br>        Third-Party Defendants. | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W  Sunset Rd, Suite 350
Las Vegas, NV 89113

2:12-CV-01288-RCJ-PAL

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties above named, Plaintiff/Counterdefendant Allstate Property and Casualty Insurance Company, Third-Party Defendants, Walid Khuraibet and Legacy Agency, LLC, a Nevada corporation, by and through their counsel of record of the law firm of McCormick Barstow, and Defendants/Counter-Claimants/Third-Party Plaintiffs, Kiarash Mirkia and Poupak Ziaei, in *propria persona*, that all claims, causes of action and this lawsuit in its entirety, shall be dismissed with prejudice by all parties hereto. The trial scheduled for December 8, 2014 shall be vacated. Each party will bear their own costs and attorneys' fees.

DATED this 25 day of November, 2014

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Gordon M. Park
Nevada Bar No. 7124
Michael R. Merritt
Nevada Bar No. 5720
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Plaintiff/Counterdefendant Allstate Property and Casualty Insurance Company, Third-Party Defendants, Walid Khuraibet and Legacy Agency, LLC, a Nevada corporation

Dated: November 25, 2014

By: _____
KIARASH MIRKIA, In Propria Persona

Dated: November 25, 2014

By: _____
POUPAK ZIAEI, In Propria Persona

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2

2:12-CV-01288-RCJ-PAL

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

page

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action, in its entirety, is hereto dismissed with prejudice. Trial in this matter is hereby vacated. Each party will bear their own costs and attorneys' fees.

DATED this ___ day of _____, 2014.

> DISTRICT COURT JUDGE
> U.S. District Court, District of Nevada,
> Southern Division

03246-01555 3159918.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113